Otto M. Doppmann, Appellant, *v.* Charles Muller, as Committee of the Estate of Helena M. Doppmann, an Incompetent, et al., Respondents.

*Doppmann* v. *Muller*, 137 App. Div. 82, affirmed.
(Submitted March 28, 1913; decided May 6, 1913.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 5, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel specific performance of a written agreement of adoption.

*Thomas Kelby* for appellant.

*Edmund F. Driggs* for respondents.

Judgment affirmed, with costs, on opinion of Carr, J., below.

Concur: Cullen, Ch. J., Gray, Willard Bartlett, Chase, Cuddeback, Hogan and Miller, JJ.